UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

LASHARLE BORG,

    Plaintiff,

    vs.                                        Case No. 2:11-CV-00986

SHOREWEST REALTORS, INC.,

    Defendant.

## STIPULATION OF DISMISSAL

The parties hereby stipulate that the Court may enter an Order dismissing the above-captioned matter, with prejudice, and without costs or fees to either party.

Dated this 20th day of November, 2013.

                                  URBAN & TAYLOR s.c.

                                  */s/ Scott B. Taylor*
                                  Scott B. Taylor
                                  4701 North Port Washington Rd.
                                  Milwaukee, WI  53212
                                  (414) 906-1700 (phone)
                                  (414) 906-5333 (Fax)
                                  staylor@wisconsininjury.com

SALAWDEH LAW OFFICE, LLC

*/s/ Rebecca L. Salawdeh*
Rebecca L. Salawdeh
7119 West North Ave.
Wauwatosa, WI 53213
(414) 455-0117 (phone)
(414) 918-4517 (Fax)
rebecca@salawdehlaw.com

*Counsel for Plaintiff.*

LINDNER & MARSACK, S.C.

*/s/ Oyvind Wistrom*
Oyvind Wistrom
Gary A. Marsack
411 E Wisconsin Ave. Ste. 1800
Milwaukee, WI 53202-4498
(414) 273-3910 (Phone)
(414) 298-9873 (Fax)
owistrom@lindner-marsack.com
gmarsack@lindner-marsack.com

*Counsel for Defendant.*